■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM H. HARRISON, Appellant. [803 NYS2d 434]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 12, 1985 (*People v Harrison,* 112 AD2d 1009 [1985]), affirming a judgment of the County Court, Orange County, rendered August 24, 1982.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, H. Miller and Schmidt, JJ., concur.